FILED
FEB 10 2005
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

GUSTAVO ADOLFO CARDENAS
ALEJANDRO DIAZ-RUEDA

Case No. 3:05-cr-41-J-25 HTS
Ct. 1: 21 U.S.C. §§ 846 & 841(b)(1)(A)
Ct. 2: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) & 18 U.S.C. § 2
Forfeiture: 21 U.S.C § 853

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about January 29, 2005 through on or about February 1, 2005, at Jacksonville, in the Middle District of Florida, at Miami, in the Southern District of Florida, and elsewhere,

GUSTAVO ADOLFO CARDENAS
ALEJANDRO DIAZ-RUEDA

defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree together with each other and with other persons who are known and unknown to the grand jury, to distribute heroin, a Schedule I controlled substance, the amount of the heroin being 1 kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about February 1, 2005, at Jacksonville, in the Middle District of Florida, and elsewhere,

GUSTAVO ADOLFO CARDENAS
ALEJANDRO DIAZ-RUEDA

defendants herein, did knowingly, willfully, and intentionally possess, cause to be possessed, and aid and abet in the possession of, with the intent to distribute, heroin, a Schedule I controlled substance, the amount of the heroin being 1 kilogram or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendants,

GUSTAVO ADOLFO CARDENAS
ALEJANDRO DIAZ-RUEDA

shall forfeit to the United States of America, pursuant to Title 21, Untied States Code Section 853(a)(1) and (2), all of their interest in:

  a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations; and

  b. Property used, or intended to be used, in any manner or part, to commit or facilitate the commission of, such violations.

3. If any of the property described above, as a result of any act or omission of the defendants:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred or sold to, or deposited with, a third party;

  c. Has been placed beyond the jurisdiction of the court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

PAUL I. PEREZ
United States Attorney

_____
D. RODNEY BROWN
Assistant United States Attorney

_____
BRIAN M. KANE
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GUSTAVO ADOLFO CARDENAS
ALEJANDRO DIAZ-RUEDA

## INDICTMENT

Violations:

Ct. 1:   21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this _____ day

of February, A.D. 2005.

_____
Clerk

Bail $ _____

GPO 863 525