UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                            CASE NO. 3:05-cr-41-J-25HTS

GUSTAVO ADOLFO CARDENAS

### REPORT AND RECOMMENDATION[1]
### CONCERNING PLEA OF GUILTY

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P. and Rule 6.01(c)(12), M. D. Fla. Rules, and has entered a plea of guilty to Count One of the Indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 25th day of March, 2005.

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Honorable Henry L. Adams, Jr.
United States District Judge
Assistant United States Attorney (Brown)
Roland Falcon, Esquire
United States Probation
United States Pretrial Services

---

[1] Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B), Rule 6.02, M.D. Fla. Rules.